◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH CREWS, JR., Appellant.— In a *coram nobis* proceeding, defendant appeals from

an order of the Supreme Court, Kings County, dated May 25, 1970, which denied his application, without a hearing. Order affirmed. This court has reviewed defendant's petition to determine whether it contains any factual allegations sufficient to demonstrate, prima facie, that he may be entitled to *coram nobis* relief (*People* v. *Aponte,* 28 N Y 2d 343). We find that his claims have no merit. Munder, Acting P. J., Martuscello, Latham, Shapiro and Gulotta, JJ., concur.